

# NUMBER 13-25-00518-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**AARON PANTOJA GONZALEZ,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. On October 20, 2025, appellant attempted to appeal a ruling or order on his motion for forensic DNA testing in cause number CR-2652-12-B. That same day, the Clerk of the Court notified appellant that there appears to be no final, appealable order. Appellant was further notified that if the defect is not corrected within thirty days from the date of the letter, the appeal would be dismissed for want of prosecution. On December 15, 2025, appellant sent

correspondence requesting the status of the case. Accordingly, the Clerk of the Court again notified appellant that there appears to be no final, appealable order.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Our review of the documents before the Court does not reveal an appealable order entered by the trial court within thirty days before the filing of appellant's notice of appeal. The Court, having examined and fully considered the notice of appeal, is of the opinion that there is not an appealable order, and this Court lacks jurisdiction over the matters herein. Accordingly, this appeal is dismissed for lack of jurisdiction.

JENNY CRON
Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed on the
29th day of January, 2026.